**Fisher & Phillips LLP**

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ 07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1082

**Writer's E-mail:**
elloyd@fisherphillips.com

Fisher Phillips

MEMO ENDORSED

**November 6, 2026**

**VIA ECF**
Honorable Victoria Reznik, U.S.M.J.
United States District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, New York 10601

**Re:** ***Johnson v. Sam's Club, Inc., et. al.***
***Civil Action No. 7:26-cv-02048-NSR***

Dear Judge Reznik:

We represent Defendants Sam's East, Inc. and Walmart Inc. (collectively, "Defendants") in the above-referenced matter. We write on behalf of the Parties, with consent of counsel for Plaintiff Shamica Johnson ("Plaintiff"), to request a 30-day extension of the Court's order dated October 8, 2026, directing the parties to file a stipulation of dismissal in the above-entitled action by November 9, 2026.

The parties have reached an agreement in principle and are working diligently to finalize the written agreement. Defense counsel circulated a draft agreement to Plaintiff's counsel for review on October 28, 2026, and received Plaintiff's counsel's comments on November 3, 2026. Defense counsel is in the process of addressing those comments. Accordingly, we respectfully request an additional 30 days, to and including December 9, 2026, to comply with the Court's order.

We thank Your Honor for your time and attention to this matter, and if the Court requires any additional information from the Parties, we are happy to provide.

Respectfully submitted,

**Eliza L. Lloyd, Esq.**
**Fisher & Phillips LLP**

ELL:

cc: All Counsel of Record (via ECF)

The parties' request is GRANTED. By December 11, 2026, the parties are directed to file either a stipulation of voluntary dismissal or joint status letter on the status of settlement.

The Clerk of Court is respectfully requested to close the gavel on ECF No. 28.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/9/2026